UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No. 4:05CR391-SNL |
| KEVIN ATKINSON, | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that Mr. Atkinson will enter a change of plea on October 14, 2005 at 9:30 a.m. in Courtroom 3 before the undersigned.

Dated this 5th day of October, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE